**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Thayer,<br><br>           Plaintiff,<br><br>vs.<br><br>Terravita Country Club, Inc., et al.,<br><br>           Defendants. | No. CIV 03-2525-PHX-DKD<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Partial Dismissal (Doc. #118),

**IT IS HEREBY ORDERED** that Count V of Plaintiff's Complaint be dismissed with prejudice against Defendants Ray only.

**IT IS FURTHER ORDERED** that the remainder of Plaintiff's Complaint be dismissed without prejudice against Defendants Ray only.

**IT IS FURTHER ORDERED** denying Defendants' Ray Motion for Summary Judgement (Doc. #117), as moot.

**IT IS FURTHER ORDERED** setting oral argument as to Defendants'[1] Motion for Summary Judgement (Doc. #93) on Monday, March 6, 2006, at 9:00 a.m.

DATED this 3rd day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge

---

[1] Terravita Country Club, Inc., Terravita Golf Club, Inc., Aaron Michaelson, Barbara Michaelson, Joan Burnett, and Edward Burnett.