**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Thayer,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Terravita Country Club, Inc., et al.,<br><br>　　　　　Defendants. | No. CIV 03-2525-PHX-DKD<br><br>**ORDER** |

　　　Pursuant to the parties' Notice of Settlement (Doc. #120), filed February 7, 2006,

　　　**IT IS HEREBY ORDERED** vacating the oral argument of March 6, 2006.

　　　**IT IS FURTHER ORDERED** directing the parties submit their Joint Stipulation for Dismissal no later than March 24, 2006.

　　　DATED this 8th day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ David K. Duncan
　　　　　　　　　　　　　　　　　　　　　　　David K. Duncan
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge